# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ALICIA SHAKIA EATON, *et al.,* | Civil 10-1804 (JRT/FLN) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MINNESOTA ATTORNEY GENERAL'S OFFICE, *et al.*, | |
| Defendants. | |

Alicia Shakia Eaton**,** 6071 Post Office Box, Minneapolis, MN 55404, pro se plaintiff.

John Garry, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101, for Defendants Minnesota Attorney General's Office, Hennepin County Conciliation Court, Nancy Adams, Hennepin County District Court, and John Q. McShane.

Daniel Rogan, **OFFICE OF THE HENNEPIN COUNTY ATTORNEY,** 300 South Sixth Street, Suite A-2000, Minneapolis, MN 55487, for Defendant Hennepin County Attorney's Office.

Natividad Acevdo, 3854 Thirty-fifth Avenue South, Minneapolis, MN 55406, pro se defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L Noel dated August 26, 2010 [Docket No. 49]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1) Motion to Dismiss of State Defendants [Docket No. 7] is **GRANTED**;

2) Motion to Dismiss of Defendant Hennepin County Attorney's Office [Docket No. 21] is **GRANTED**;

3) Plaintiffs' Motion in Opposition to State Defendants [sic] Motion to Dismiss [Docket No. 12] is **DENIED**;

4) Plaintiffs' Motion in Opposition to Defendant Hennepin County Attorney's Office [sic] Motion to Dismiss [Docket No. 27] is **DENIED**;

5) This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 15, 2010
at Minneapolis, Minnesota

     s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge